**Order entered January 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00559-CR

**SHELLY RENEE TIMMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80962-2011**

## ORDER

Before the Court is appellee's January 24, 2014 "State's First Motion for Extension of Time to File its *Tendered* Brief." We **GRANT** the motion and **DIRECT** the Clerk to file appellee's brief.

/s/    ROBERT M. FILLMORE
PRESIDING JUSTICE